[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16361
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00088-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN PATRICK COUCH,

Defendant - Appellant.

_____

Appeals from the United States District Court
for the Southern District of Alabama
_____

(August 15, 2017)

Before HULL, WILSON, and JORDAN, Circuit Judges.

PER CURIAM:

John Patrick Couch, M.D., filed an interlocutory appeal seeking the reversal

of the district court's denial of his motion to vacate several pretrial warrants,

arguing that the government improperly seized certain of his assets. After Dr. Couch filed his appeal, his case proceeded to trial. Dr. Couch was ultimately convicted of several conspiracy and narcotics charges related to a scheme to distribute controlled substances under the guise of maintaining a pain management facility. Following his convictions, Dr. Couch and the government entered into a forfeiture agreement stipulating that Dr. Couch was voluntarily forfeiting the related assets and that the government had established the necessary connection between the forfeited assets and his illegal acts. The district court subsequently entered a preliminary order of forfeiture.

Upon review of the record, the parties' briefs, and their responses to our latest jurisdictional question, we agree with the parties that this appeal is now moot. As a result, we dismiss Dr. Couch's appeal. *See United States v. Serrapio*, 754 F.3d 1312, 1317 (11th. Cir. 2014) ("A case becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.") (quoting *Knox v. Serv. Employees Int'l Union, Local 1000*, 567 U.S. 298, 307 (2012)).

**APPEAL DISMISSED AS MOOT.**